THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN
W. WOOD, Appellant, *v.* THE DEPARTMENT OF HEALTH
OF THE CITY OF NEW YORK, Respondent.

*People ex rel. Wood* v. *Dept. of Health, N. Y. City,* 144 App. Div.
628, affirmed.

(Argued May 30, 1911; decided June 13, 1911.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 5, 1911, which dismissed a writ of certiorari and
affirmed the proceedings of the defendant in removing
the relator from the position of assistant registrar of
records in the department of health.

*George M. Pinney, Jr.,* and *Warren C. Van Slyke* for
appellant.

*Archibald R. Watson, Corporation Counsel (Ter-
ence Farley* and *John F. O'Brien* of counsel), for
respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER,
WILLARD BARTLETT, CHASE and COLLIN, JJ.